STATE of Missouri, Respondent,

v.

John GUNN, Appellant.

No. WD 35332.

Missouri Court of Appeals,
Western District.

Sept. 25, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Nov. 27, 1984.

Application to Transfer Denied
Jan. 15, 1985.

Thomas J. Marshall, Public Defender,
Moberly, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for
respondent.

Before TURNAGE, C.J., and MANFORD
and KENNEDY, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for three separate sales of controlled
substances within the meaning and in violation of Sections 195.240 and 195.020, RSMo
1978.

The judgment is affirmed. Rule 30.25(b).